**E-FILED on 1/22/13**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ALLEN STERNI,

    Plaintiff,

  v.

NAPA STATE HOSPITAL, et al.,

    Defendants.
_____/

No. C 12-5145 RMW (PR)

ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL

(Docket No. 5)

Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff filed a request for counsel. (Doc. No. 5.) Plaintiff's request for counsel is **DENIED** for want of exceptional circumstances. See Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997); see also Lassiter v. Dep't of Social Services, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case). The court has not yet screened plaintiff's complaint to determine if he has alleged a cognizable claim for relief. This denial is without prejudice to the court's sua sponte appointment of counsel at a future date should the circumstances of this case warrant such appointment.

IT IS SO ORDERED.

Dated: 1/22/13

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Denying Plaintiff's Request for Appointment of Counsel
G:\PRO-SE\SJ.Rmw\CR.12\Sterni145deny-atty.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALLEN STERNI,

        Plaintiff,

  v.

NAPA STATE HOSPITAL et al,

        Defendant.

Case Number: CV12-05145 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Allen Sterni AL-7692
California Correctional Institution
Facilituy -D/ Dorm-5/Bunk #46U
Post Office Box 608
Tehachapi, CA 93581

Dated: January 22, 2013

                                    Richard W. Wieking, Clerk
                                    By: Jackie Lynn Garcia, Deputy Clerk