UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL ALLEN STERNI,<br><br>Plaintiff,<br><br>v.<br><br>UNIT SUPERVISOR LAPAGE,<br><br>Defendant. | Case No. C-12-5145-RMW<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE MOTION TO ENLARGE TIME FOR FILING A DISPOSITVE MOTION**<br><br>[Re Docket No. 16] |

Defendant David La Page moved for a ninety (90) day enlargement of time, through and including August 22, 2013, to file a dispositive motion. Dkt. No. 16. Plaintiff has not opposed the motion. Because the court finds good cause shown, the court GRANTS the extension. Defendant shall file any dispositive motions on or before August 22, 2013.

Dated: May 30, 2013

*Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge

ORDER
CASE NO. C-12-5145-RMW
ALG

- 1 -