**E-FILED on 9/24/14**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN STERNI, | No. C 12-5145 RMW (PR) |
| Plaintiff, | JUDGMENT |
| vs. | |
| UNIT SUPERVISOR LEPAGE, | |
| Defendant. | |

The court has granted defendant's motion for summary judgment.  Therefore, judgment is entered in favor of defendant and against plaintiff.  The clerk shall close the file.

IT IS SO ORDERED.

DATED: 9/24/14

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\RMW\CR.12\Sterni145jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALLEN STERNI,

        Plaintiff,

  v.

UNIT SUPERVISOR LEPAGE,

        Defendant.

Case Number: CV12-05145 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Allen Sterni AL-7692
A1-42
MCCF
Post Office Box 970
Adelanto, CA 92301

Dated: September 24, 2014

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk